## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARISSA LIVIOCO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:17-cv-05499 |
| ) | |
| CHASE BANK, USA, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff, MARISSA LIVIOCO, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


DATED: October 2, 2017        RESPECTFULLY SUBMITTED,

By: /s/ James J. Parr
James J. Parr
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

On October 2, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brett H. Pyrdek, at bpyrdek@btlaw.com.

By: /s/ James J. Parr
James J. Parr