# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Marissa Livioco

                              Plaintiff,

v.                                                         Case No.: 1:17–cv–05499
                                                               Honorable John Robert Blakey

Chase Bank USA, N.A., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the parties' notice of settlement [19], this case is hereby dismissed without prejudice under Rule 41(a). Absent reinstatement by 11/3/17, the dismissal will become a dismissal with prejudice without further order. All set dates and deadlines, including the 10/3/17 status hearing date, are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.